# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** v. ÁNGEL DE LA CRUZ [1], **Defendant.** | **Criminal No.** 17-648 (FAB) |

## ORDER DENYING RECONSIDERATION

Defendant Ángel de la Cruz's "MOTION REQUESTING RECONSIDERATION OF MEMORANDUM AND ORDER (D.E. 56)" (Docket No. 59) is **DENIED** for the reasons set forth in the Memorandum and Order (Docket No. 56) and as more specifically held in United States v. Espinal Mieses, No. 17-396 (FAB), docket no. 153, 2018 U.S. Dist. LEXIS 91907 (D.P.R. May 30, 2018.)

Nevertheless, as indicated in this case and in Espinal Mieses, defendant De la Cruz may qualify for a two-level reduction in his guideline calculation if he complies with U.S.S.G. 2D1.1(b)(17), as defendant De la Cruz himself has argued, with no opposition from the government, in his "Motion Requesting Order for the Return of De la Cruz to Puerto Rico" (Docket No. 57), which was granted by the Court (Docket No. 58).

**IT IS SO ORDERED.**

San Juan, Puerto Rico, June 8, 2018.

                                          s/ Francisco A. Besosa
                                        FRANCISCO A. BESOSA
                                        UNITED STATES DISTRICT JUDGE