IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ANGEL DE LA CRUZ,
    Defendant.

CRIMINAL NO. 17-648 (FAB)

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is hereby given by Mr. Angel de la Cruz, the defendant herein, that he respectfully appeals to the United States Court of Appeals for the First Circuit from the Judgment entered against him on July 12, 2018 (D.E. # 91), by Hon. Francisco A. Besosa, Judge for the United States District Court for the District of Puerto Rico.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 16th day of July, 2018.

    **ERIC A. VOS**
    **Federal Public Defender**
    **District of Puerto Rico**

    *S / Yasmin Irizarry-Pietri*
    Yasmin Irizarry-Pietri
    Assistant Federal Public Defender
    USDC-PR 213505
    241 F.D. Roosevelt Ave.
    Hato Rey, P.R. 00918-2441
    (787) 281-4922/ Fax (787) 281-4899
    E-mail: yasmin_irizarry@fd.org